| DISTRICT | OFF. | DOCKET NO YR. NUMBER | | FILING DATE MO. DAY YR. | | | CR OR | NATURE OF SUIT | JURIS PTF DEF | | | JUDGE MAG | BEYOND THOUSANDS | | COUNTY | JURY DEM. | DOCKET YR. NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | L |
| 5 | | 89 | 1457 | 1 | 11 | 21 | 89 | 4 | 350 | 2 | 1 | | 105000 | 2511 | 54019 | P | 89 | 1457 |

| PLAINTIFFS | DEFENDANTS |
|---|---|
| PRITCHARD, MICHAEL JR. | ~~TOWN OF FAYETTEVILLE,~~<br>~~FAYETTEVILLE POLICE DEPARTMENT,~~<br>~~OFFICER SMITH, R. R.,~~<br>~~OFFICER CURRY, WILLIAM,~~<br>~~FAYETTE COUNTY,~~<br>✓ ~~FAYETTE COUNTY SHERIFF'S DEPARTMENT,~~<br>~~SHERIFF'S DEPUTY MARTIN, C. E.,~~<br>~~SMITH, WILIAM D., HAGUE, ANNA,~~ and<br>~~THE STATE OF WEST VIRGINIA~~ -- Per Voluntary Dismissal filed 5-22-90 |

CONSOLIDATED WITH CIVIL ACTION NO. 5:89-1470. LEAD CASE: 5:89-1457. (Pur. Order of 01-03-91)

CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

Complaint for personal injury; civil rights violation; defective design; punitive damages arising from car accident.

slr

## ATTORNEYS

**Jeremy West, Esq.**
4012 Rolling Green Lane
Villa Heights, CA  92667

~~P. Rodney Jackson~~
~~DI TRAPANO & JACKSON~~
~~604 Virginia Street, East~~
~~Charleston, WV  25301~~

Robert V. Berthold, Jr. and
William M. Tiano
208 Capitol Street,
Charleston, W. Va.  25301
345-5700

~~Robert V. Berthold, Jr.~~
~~William M. Tiano~~
~~208 Capitol Street~~
~~Charleston, WV  25301~~

~~William M. Tiano~~
~~Robert V. Berthold~~
208 Capitol St.
~~Charleston, W. Va.  25301~~

~~Jeremy H. West~~
~~4012 Rolling Green Lane~~
~~Villa Heights, CA  92667~~

FAYETTE COUNTY COMM.
FAYETTE COUNTY SHERIFF'S
  Department and
C. E. MARTIN
  Jeffrey M. Wakefield
Kay, Casto, Chaney, Love
                    & Wise
P.O. Box 2031
Charleston, W. Va.  25327
(304) 345 8900

ANNA HAGUE & WILLIAM D. SMITH:

James M. Henderson, II
P.O. Drawer W
Beckley, WV  25802-2820

TOWN OF FAYETTEVILLE,
FAYETTEVILLE POLICE DEPT.
OFFICER R.R. SMITH AND
OFFICER WILLIAM CURRY

Steven P. McGowan, Esq.
W. Randolph Fife, Esq.
STEPTOE & JOHNSON
P.O. Box 1588
Charleston, WV  25326
**(304) 342-2191**
Fred A. Jesser, III
Love Building - Drawer 450
Fayetteville, WV  25840
(304) 574-0173

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 11/21/89 | 45477 (Chas.) | | JS-5 | 11/28/89 |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET                                    DC-111 (Rev. 8/87)

5:89-1457 Michael Pritchard vs. Town of Fayetteville 5:89-1457

Case 5:89-cv-01457 Document 1 Filed 11/21/89 Page 2 of 12 PageID #: 29

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 11-21-89 | 1 | **COMPLAINT:** Iss. orig. and two S & C, ret. 30 days, for each deft., to counsel for Pltf. (Iss. in Chas.) | slr |
| 03-28-90 | 2 | **SUBSTITUTION OF ATTORNEY for Pltf.** | fjd |
| 04-05-90 | 3 | **STATEMENT OF VISITING ATTORNEY** of Jeremy H. West. | slr |
| | 4 | **SUBSTITUTION** of Attorney of Pltf., substituting Robert B. Berthold, Jr. and William M. Tiano as attys. of record in place of DiTrapano and Jackson. **(COPY)** | slr |
| 04-12-90 s | 5 | **RETURNS on Summons.** 4/11/90 John L. Bensey served as to Town of Fayetteville, Mayor James Murdock, served Jody Pogorelski, Secy. Town Hall, Fayette Co. Sheriff's Dept. Sheriff, Bill Laird served Fayette co. Sheriff's Dept. 4/11/90 Sheriff's Deputy C. E. Martin, Place of Employment, Fayette County Sheriff's Dept with Sheriff Bill Laird. As to Anna Hague, per. at 100 Bunch St. Oak Hill, William Smith left copies at Deft's. dwelling house with Ann Hague, Officer William Curry, Place of employment, Chief of Police T. M. Hunsaker, Fayetteville Police Dept. T.M. Hansaker, Chief of Police, Officer R.R. Smith, Place of Employment, Chief of Police James McCoy, Fayette County Commissioner, John Whitt, Place of employment, Admr. Charotte Holly, Fayette Co. Commission, State of W.Va. Dept of Highways, Acting Commissioner, Fred VanKirk, State Capitol Complex, Bldg. #5, ServedDept. of Highways, State Capitol Complex, Chas. All served 4/11/90 | fjd |
| 04-19-90 | 6 | **MOTION** of Defts. Fayette Co., Fayette co. Sheriff's Dept. and C.E. Martin, to Dismiss of the Defts, Fayette Co. Commission/Fayette County Sheriff's Department and C. E. Martin. | fjd |
| | * | **MEMORANDUM in Support of** Motion to Dismiss. | fjd |
| 05-01-90 | 7 | **ANSWER** and **CROSSCLAIM** of Deft. Anna Hague to the Complaint filed Against Her Herein. | slr |
| | 8 | **MOTION** of Deft. William D. Smith to Dismiss. | slr |
| 05-03-90 | 9 | **ANSWER** of Deft. Town of Fayetteville, Fayetteville Police Department, Officer R.R. Smith and Officer William Curry. | cds |
| 05-08-90 | 10 | **CERTIFICATE OF SERVICE** of Defendant's Town of Fayetteville, Fayetteville Police Department, Officer R.R. Smith and Officer William Curry. | cds |
| 05-11-90 | 10A | **RETURN OF SERVICE** of Summons & Complaint on **WILLIAM SMITH** personally 5/10/90. | cds |
| 05-14-90 | ** | **RESPONSE** of Plaintiff to the Defts. Fayette County, Fayette County Sheriff's Dept. and C.E. Martin's Motion to Dismiss. | cds |
| 05-14-90 | ** | **MEMORANDUM** of Plaintiff in Opposition to Def-s., Fayette County Commission, Fayette County Sheriff's Dept. and C.E. Martin's Motion to Dismiss. | cds |
| 05-18-90 | 11 | **AMENDED ANSWER & CROSSCLAIM** of the Deft. Anna Hague to the Complaint filed against her herein. | cds |
| 05-18-90 | 12 | **MOTION** of Deft. William D. Smith, to Dismiss w/**MEMORANDUM** in support thereof. | cds |
| 05-22-90 | 13 | **NOTICE OF VOLUNTARY DISMISSAL** of the Pltf. dismissing the State of West Virginia as a party to the action. | cds |
| | 14 | Pltf's. **MOTION** in Response to the Deft's. William D. Smith's Motion to Dismiss. | |
| | | **MEMORANDUM** in Response to the Deft. William D. Smith's Motion to Dismiss. | fjd |

DC-ITA
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89-1457 |
|---|---|---|
| PRITCHARD, MICHAEL, JR. | TOWN OF FAYETTEVILLE, ET AL | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 06-06-90 | 15 | **ANSWER of The Fayette County Commission/Fayette County Sheriff's Department and** C. E. Martin to the Cross-Claim of Anna Hague; Cross-Claim of the Fayette County Commission/Fayette County Sheriff's Department and C. E. Martin against Ann Hague. |
| 06-07-90 | 16 | **CERTIFICATE OF SERVICE** of Answer of Fayette Co. Commission/Fayette Co. Sheriff's Dept. & C.E. Martin to the Cross-Claim of Anna Hague; Cross-Claim of the Fayette Co. Commission/Fayette Co. Sheriff's Dept. & C.E. Martin against Anna Hague. (Called counsel & Advised that we need <u>actual</u> answer. cds |
| 06-07-90 | ** | **TALKED** with counsel & was advised that document #15 is <u>actual</u> document. cds |
| 06-08-90 | 17 | **ANSWER** of Deft. Anna Hague, to the Cross-claim of Fayette County Comm./Fayette County Sheriff's Dept. and C. E. Martin. slr |
| 07-02-90 | 18 | **DECLARATION** of Jeremy H. West in Opposition to Motions of Defts. William D. Smith, Fayette County Commission/Fayette County Sheriff's Dept., and C.E. Martin, to Dismiss Complaint for Failure to Effect Service within 120 days. slr |
| 07-23-90 | 19 | **ANSWER** of Defts. Town of Fayetteville, Fayetteville Police Dept., Officer R. R. Smith and Officer William Curry to the Cross-Claim of Anna Hague and Cross-Claim of Defts. the Town of Fayetteville, Fayetteville Police Dept., Officer R. R. Smith and Officer William Curry Against Deft. Anna Hague. slr |
| 07-24-90 | 20 | **MOTION** of Defts. Town of Fayetteville, Fayetteville Police Dept., Officer R. R. Smith and Officer William Curry to Compel. slr |
| 07-26-90 | 21 | **ANSWER** of the Deft. Anna Hague, to the Cross-Claim of the Defts. The Town of Fayetteville, Fayetteville Police Dep.t, Officer R. R. Smith and Officer William Curry, filed Against Her Herein. slr |
| 07-30-90 | 22 | **ANSWER** of Defts. Town of Fayetteville, Fayetteville Police Dept., Officer R. R. Smith, and Officer William Curry to the Cross-Claim of William D. Smith and Cross-Claim of Defts. the Town of Fayetteville, Fayetevilel Police Dept. Officer R. R. Smith and Officer William Curry Against Deft. William D. Smith. slr |
| 08-03-90 | 23 | **CERTIFICATE OF SERVICE** for Answer of Pltf. Michael Pritchard, Jr. to First Set of Interrogatories and Request for Production of Documents Propounded by Town of Fayetteville, Fayetteville Police Dept., Officer R. R. Smith and Officer William Curry, served upon counsel of record on 07-30-90. slr |
| 08-10-90 | 24 | **ANSWER** of the Deft. William D. Smith, to the Cross-claim of the Defts., the Town of Fayetteville, Fayeetteville Police Dept., Officer R. R. Smith and Officer William Curry, filed against him herein. slr |
| 10-09-90 | 25 | **CERTIFICATE OF SERVICE** of Defts.' Response (Fayette Co. Commission/Fayette Co. Sheriff's Dept. and C.E. Martin)/to Pltf.'s First set of Interrogatories upon William M. Tiano, James M. Henderson, II, Fred A. Jesser, III, Steven P. McGowan and Jeremy H. West. rle |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89-1457 |
|---|---|---|
| MICHAEL PRITECHARD, JR., | TOWN OF FAYETTEVILLE, et al   R | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10-04-90 | 26 | **TIME FRAME ORDER (2511):** joinder & 12(b) mtns. 11-13-90; disc. 12-13-90; disp. mtns. 1-2-91, response 1-16-91 and reply 1-23-91; PTO 1-23-91; Mtns. in limine 2-19-91, responses 3-5-91; PTC 2-25-91 10:00 a.m., BK; FSC 3-11-91 10:00 a.m., BK: **TRIAL 3-12-91 9:30 a.m., BK,** etc. cc/counsel. cds |
| 10-15-90 | 27 | **RETURN OF SERVICE** on Betty L. Moore, personally served on 8-23-90. rle |
| 10-29-90 | 28 | **CERTIFICATE OF SERVICE** by Deft. of Interrogatories of the Fayette County Commission/Fayette County Sheriff's Department and C.E. Martin to Pltf. - Set No. One; service made upon William M. Tiano, James M. Henderson, II, W. Randolph Fife and Jeremy H. West by US Mail on 10-26-90. rle |
| 10-29-90 | 29 | **CERTIFICATE OF SERVICE** by defts. of Request for Production of Documents of the Fayette County Commission/Fayette County Sheriff's Dept. and C.E. Martin to Pltf 0 Set No. One.  Service made upon William M. Tiano, James M. Henderson, II, W. Randolph Fife and Jeremy H. West by US Mail on 10-26-90. rle |
| 10-31-90 | 30 | **CERTIFICATE OF SERVICE** by DEft. of Response of Deft. Town of Fayetteville to Pltf.'s First Interrogatory; service made upon William M. Tiano, Jeffrey M. Wakefield, Jeremy H. West and James M. Henderson by US Mail on 10-30-90. rle |
| 11-02-90 | 31 | **CERTIFICATE OF SERVICE** for Defts. Fayette County Commission/Fayette County Sheriff's Dept. and C. E. Martin Interrogatories - Set No. 2, served upon counsel of record on 11-01-90. slr |
| 12-14-90 | 32 | **NOTICE OF MOTION TO COMPEL** by Deft. w/CERTIFICATE OF SERVICE upon opposing counsel. rle |
| 12-28-90 | 33 | **JOINT MOTION** to Consolidate Cases (5:89-1457 and 5:89-1470) for Purposes of Discovery and Trial and **JOINT MOTION** for Entry of a New Time Frame Order. slr |
| 01-02-91 | 34 | **MOTION** of Defts. Fayette Co. Comm./Fayette Co. Sheriff's Dept. and C. E. Martin for Extension of Time to File Disp. Mtns. (Proposed Order on Left of File) slr |
| 01-03-91 | 35 | **ORDER (2511):** granting parties' joint motions to consolidate cases for the purposes of Disc. and Trial and for entry of new TFO. The Clerk shall enter a new TFO establishing a disc. cut-off date of 04-22-91. cc: atys. (EOD 01-04-91) slr |
| 01-15-91 | 36 | **TIME FRAME ORDER (2511):** Disc. shall be completed by 04-22-91; S/J and Disp. Mtns. shall be filed by 05-13-91, w/resp. by 05-28-91 and reply by 06-04-91. PTO shall be sumbitted to the Court for entry by 06-04-91. Mtns. in Limine shall be filed by 06-25-91 w/resp. due by 07-09-91. Charges to the Jury/Findings of Fact and Conclusions of Law shall be submitted to the Clerk by 09-03-91. PTC shall be held on 08-26-91, 1:30 p.m., BK. FSC shall be held 09-09-91, 10:00 a.m., BK. Trial shall commence on 09-10-91, 9:30 a.m., BK. cc: atys. (EOD 01-16-91) slr |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89-1457 |
|---|---|---|
| MICHAEL PRITCHARD | Town of Fayetteville, et. al. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 01-29-91 | 37 | **CERTIFICATE OF SERVICE** of Deft. Town of Fayetteville's Interrogatory to DEft. William Smith. rle |
| 01-29-91 | 38 | **CERTIFICATE OF SERVICE** fo Deft. Town of Fayetteville's Interrogatory to Pltf. Lewis E. Arbogast. rle |
| 02-04-91 | 39 | **NOTICE** of Deft. Fayette Co. Commission/Fayette Co. Sheriff to depose Lewis E. Arbogast on 2-18-91 at 10:00 a.m., BK. rle |
| 03-20-91 | 40 | **CERTIFICATE OF SERVICE** of Deft Town of Fayetteville's Supplemental Interrogatories to Deft William Smith. rle |
| 03-20-91 | 41 | **CERTIFICATE OF SERVICE** of Deft Town of Fayetteville's Interrogatory to Pltf Michael Pritchard. rle |
| 03-20-91 | 42 | **CERTIFICATE OF SERVICE** of Deft Town of Fayetteville's Supplemental Interrogatory to Pltf Lewis E. Arbogast. rle |
| 03-21-91 | 43 | **NOTICE** of deft WV DOH of hearing on Motion to Dismiss of Deft WVDOH, w/ CERTIFICATE OF SERVICE upon opposing counsel. rle |
| 03-22-91 | 44 | **CERTIFICATE OF SERVICE** by pltf Pritchard of Answers of Pltf Michael Pritchard, Jr. to First Set of Interrogatories Propounded by Defts Fayette County Commission Fayette County Sheriff's Dept and C.E. Martin upon opposing counsel. rle |
| 03-25-91 | 45 | **CERTIFICATE OF SERVICE** of pltf's Request for Admissions Propounded by Pltf, Michael Lee Pritchard, Jr., to Defts William D. Smith and Anna Hague - Second Set. rle |
| 03-25-91 | 46 | **CERTIFICATE OF SERVICE** by pltf of Request for Admissions as to Authenticity of Documents Propounded byPltf Michael Lee Pritchard, Jr. to Defts Twon of Fayetteville, Fayetteville Police Dept and Ofcr R. R. Smith - First Set. rle |
| 03-25-91 | 47 | **CERTIFICATE OF SERVICE** by pltf of Request for Admissions as to Authenticity of Documents Propounded by Pltf Michael Lee Pritchard, Jr. to Defts Fayette Co, Fayette Co Sheriff's Dept and Sheriff's Deputy C. E. Martin - First Set. rle |
| 03-25-91 | 48 | **CERTIFICATE OF SERVICE** by pltf of Request for Admissions as to Authenticity of Documents Propounded by Pltf Michael Lee Pritchard, Jr. to Defts William D. Smith and Anna Hague - First Set. rle |
| 03-25-91 | 49 | **CERTIFICATE OF SERVICE** by pltf of Interrogatories Propounded by Pltf Michael Lee Pritchard, Jr. to Defts Fayette Co, Fayette Co Sheriff's Dept, and Sheriff's Deputy C. E. Martin - Set No Two. rle |
| 03-25-91 | 50 | **CERTIFICATE OF SERVICE** by pltf of Interrogatories Propounded by Pltf Michael Lee Pritchard, Jr., to Defts Town of Fayetteville, Fayetteville Police Dept and Ofcr R. R. Smith - Set No. Two. rle |
| 03-25-91 | 51 | **CERTIFICATE OF SERVICE** by pltf of Interrogatories Propounded by Pltf Michael Lee Pritchard, Jr. to Defts William D. Smith and Anna Hague - Set No One. rle |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89-1457 |
|---|---|---|
| MICHAEL PRITCHARD, JR. | TOWN OF FAYETTEVILLE, et al. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 03-25-91 | 52 | **CERTIFICATE OF SERVICE** by pltf of Request for Production of Documents Propounded by Pltf Michael Lee Pritchard, Jr. to Defts William D. Smith and Anna Hague - Set No One.    rle |
| 03-25-91 | 53 | **CERTIFICATE OF SERVICE** by pltf of Request for Production of Documents Propounded by Pltf Michael Lee Pritchard, Jr to Defts Fayette Co, Fayette Co Sheriff's Dept, Sheriff's Deputy C. E. Martin - Set No ONe.    rle |
| 03-25-91 | 54 | **CERTIFICATE OF SERVICE** by pltf of Request for Production of Documents Propounded by Pltf Michael Lee Pritchard, Jr. to Defts Town of Fayetteville, Fayetteville Police Dept, Ofcr William Curry and Ofcr R. R. Smith - Set No One.    rle |
| 03-26-91 | 55 | **MOTION** of Deft Town of Fayetteville to Compel Against Deft William Smith.   rle |
| 03-26-91 | 56 | **MOTION** of Deft Town of Fayetteville to Compel Against Pltf Lewis E. Arbogast.   rle |
| 03-26-91 | 57 | **CERTIFICATE OF SERVICE** of Pltf's Interrogatories to the Deft, Town of Fayetteville.    rle |
| 03-26-91 | 58 | **CERTIFICATE OF SERVICE** of Pltf's Interrogatories to Deft, Fayette Co Sheriff's Dept.    rle |
| 03-26-91 | 59 | **CERTIFICATE OF SERVICE** of Pltf's Response to Deft Town of Fayetteville's Supplemental Interrogatory to Pltf Lewis E. Arbogast.    rle |
| 04-01-91 | 60 | **CERTIFICATE OF SERVICE** by pltf of Pltf, Michael Lee Pritchard, Jr.'s Supplemental Answer to Interrogatory No. 6 of Interrogatories propounded by Defts Twon of Fayetteville, Fayetteville Police Dept, Officer R. R. Smith and Officer William Curry to Pltf - Fist Set.    rle |
| 04-08-91 | 61 | **NOTICE OF DEPOSITION** of deft to depose Lewis E. Arbogast via telephone on 4-9-91 at 4:00 p.m.    rle |
| 04-16-91 | 62 | **NOTICE OF DEPOSITIONS** of Kenneth/Dennis Bryant and Gene Dean Gamble by deft, scheduled for 5-3-91 at 10:00 a.m., BK    rle |
| 04-16-91 | 63 | **NOTICE OF DEPOSITION** by deft to depose Michael Pritchard's expert, Robert DiGrazia on 4-20-91 at 10:30 a.m., Annapolis, MD.    rle |
| 04-16-91 | 64 | **CERTIFICATE OF SERVICE** by Deft of Notices of Depositions upon counsel of record.    rle |
| 04-18-91 | 65 | **NOTICE OF SERVICE** by deft of Answers of the Defts William D. Smith and Anna Hague to the Interrogatories - Set No. One of Pltf Michael Lee Pritchard.   rle |
| 04-18-91 | 66 | **NOTICE OF SERVICE** by deft of Answer of Deft, William D. Smith, to the Interrogatory of Deft, Town of Fayetteville.    rle |
| 04-18-91 | 67 | **NOTICE OF SERVICE** by deft of Answers of Deft, William D. Smith, to the Supplemental Interrogatories of Deft, Town of Fayetteville.    rle |

DC 111A.
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89-1457 |
|---|---|---|
| MICHAEL PRITCHARD, JR. | TOWN OF FAYETTEVILLE, et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 04-18-91 | 68 | **NOTICE OF SERVICE** by Deft of REsponses to the Defts William D. Smith and Anna Hague to the Request for Admissions as to Authenticity of Documents Propounded by Pltf, Michael Lee Pritchard, Jr. - First SEt.      rle |
| 04-18-91 | 69 | **NOTICE OF SERVICE** by Deft of Responses to the Defts, William Smith and Anna Hague, to Pltf's Request for Admissions - SEcond SEt.      rle |
| 04-22-91 | 70 | **CERTIFICATE OF SERVICE** by Defts of Responses of Defts Town of Fayetteville, Fayetteville Police Dept and Ofcr R. R. Smith to Pltf Michael Lee Pritchard, Jr.'s Request for Admissions as to Authenticity of Documents.      rle |
| 04-22-91 | 71 | **CERTIFICATE OF SERVICE** by Pltf of Answers of Pltf Michael Lee Pritchard, Jr. to Interrogatories of the Fayette County Sheriff's Dept and C. E. Martin - Set No. Two.      rle |
| 04-22-91 | 72 | **STIPULATION** of parties to extend discovery cut-off. (orig in 5:89-1470)   rle |
| 04-23-91 | 73 | **CERTIFICATE OF SERVICE** of Pltf, Michael Lee Pritchard, Jr.'s Answer of Pltf to Deft Town of Fayetteville's Interrogatory.      rle |
| 04-23-91 | 74 | **CERTIFICATE OF SERVICE** of Responses of Defts Town of Fayetteville, Fayetteville Police Dept, Officer William Curry and Officer R. R. Smith to Pltf Michael Lee Pritchard, Jr's Second Set of Interrogatories.      rle |
| 04-23-91 | 75 | **CERTIFICATE OF SERVICE** by Defts Fayette County Commission/Fayette Co Sheriff's Dept and C. E. Martin to Answers of the Defts to the Interrogatories Propounded by Pltf Michael Lee Pritchard, Jr. - Set No. Two.      rle |
| 04-23-91 | 76 | **CERTIFICATE OF SERVICE** by Pltf of Pltf's Response to First Request for Production of Documents Propounded by Defts Fayette Co Sheriff's Dept and C. E. Martin. rle |
| 04-23-91 | 77 | **CERTIFICATE OF SERVICE** by Defts of Responses of Defts, Fayette Co Commission/Fayette Co Sheriff's Dept and C. E. Martin, to the Request for Admissions as to Authenticity of Documents Propounded by Pltf, Michael Lee Pritchard, Jr. - Set One.      rle |
| 04-23-91 | 78 | **CERTIFICATE OF SERVICE** by defts of Response of the Defts, Fayette Co Commission/Fayette Co Sheriff's Dept and C. E. Martin, to the Request for Production of Documents Propounded by Pltf Michael Lee Pritchard, Jr. - Set No. One.      rle |
| 04-23-91 | 79 | **CERTIFICATE OF SERVICE** by defts of Response of Defts Fayette Co Commission/Fayette Co Sheriff's Dept and C. E. Martin to Pltf's Interrogatories.      rle |
| 04-25-91 | 80 | **NOTICE OF DEPOSITION** by Defts to depose Dr. Donald Newell, Sr. on 5-3-91 at 2:00 p.m., BK      rle |
| 04-30-91 | 81 | **AMENDED NOTICE OF DEPOSITION** by Defts to depose Dr. Donald Newell, Sr. on 5-3-91 at 3:00 p.m. in BK.      rle |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89-1457 |
|---|---|---|
| MICHAEL PRITCHARD, JR. | TOWN OF FAYETTEVILLE, et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 05-06-91 | 82 | **NOTICE OF SERVICE** by Defts, William D. Smith and Anna Hague, to Pltf's REquest for Production of Documents upon counsel of record. rle |
| 05-14-91 | 83 | **NOTICE OF MOTION** by Deft Anna Hague, and **MOTION** for Summary Judgment. rle |
| 05-14-91 | 84 | **MOTION FOR SUMMARY JUDGMENT** and **MEMORANDUM** in Support of that Motion of Defts Town of Fayetteville, Fayetteville Police Dept, Officer R. R. Smith and Officer William Curry. rle |
| 05-14-91 | 85 | **MOTION FOR SUMMARY JUDGMENT** by Defts Fayette Co Commission, Fayette Co Sheriff's Dept and Deputy C. E. Martin w/Exhibits A through Y. rle |
| 05-15-91 | 86 | **NOTICE OF SERVICE** by Deft William D. Smith and Anna Hague of Supplemental Response of Deft William D. Smith and Anna Hague to Pltf's Request for Production of Documents. rle |
| 05-24-91 | 87 | **MOTION** of Pltf, Lewis E. Arbogast, Adm. of the Estate of Lisa Arbogast to Extend Time w/in which to File and Serve the Pltfs' Oppositions to the Defts' Motions for Summary Judgment, w/CERTIFICATE OF SERVICE. rle |
| 05-24-91 | 88 | **SUPPLEMENTAL MOTION** of Pltf, Lewis E. Arbogast, Adm of the Estate of Lisa Arbogast, to Extend Time w/in which to File and SErve the Pltfs' Oppositions to the Defts' Motions for Summary Judgement. rle |
| 05-24-91 | 89 | **CERTIFICATE OF SERVICE** by Deft, Town of Fayetteville, of Notice of Depositions upon counsel of record. rle |
| 05-24-91 | 90 | **NOTICE OF DEPOSITIONS** by Deft, Twon of Fayetteville, to depose: Dr. James Knight on 5-28-91 at 9:30 a.m., Laguna Niguel, CA; Dr. Raymond Schultz on 5-19-91 at 10:00 a.m., Pasadena, CA; Dr. Lawrence Miller on 5-29-91 at 3:30 p.m., in Glendale, CA; Margaret Murphy on 5-29-91 at 5:00 p.m., South Pasadena, CA; Dr. Judith Sill on 5-30-91 at 10:00 a.m., Oceanside, CA; and Dr. Leonard Matheson on 5-30-91 at 3:30 p.m., Santa Ana, CA. rle |
| 05-28-91 | 91 | **AMENDED NOTICE OF DEPOSITON** by Deft Town of Fayetteville to depose: Dr. James Knight on 5-28-91 at 9:30 a.m., Laguna Niguel, CA; Dr. Raymond Schultz on 5-29-91 at 10:00 a.m.; Dr. Lawrence Miller on 5-29-91 at 3:30 p.m.; Dr. Judith Sill on 5-30-91 at 9:45 a.m.; and Dr. Lenard Matheson on 5-30-91 at 3:30 p.m. rle |
| 05-30-91 | 92 | **ORDER(2511):** Motion to Dismiss the WV Dept of Highways of State of WV, based on lack of subject matter jurisdiction pursuant to the Eleventh Amendment of US Constitution is GRANTED and this civil action against the WV Dept of Highways of the State of WV, including all claims and cross-claims against it are dismissed. cc: counsel of record (EOD 05-30-91) rle |
| 06-03-91 | 93 | **ORDER (2511):** pltfs. motion for extension of time to file ar esponse to defts. motions for s/j is GRANTED; pltfs. are to file w/clerk their responses to defts. motions for s/j on or before 6-7-91; counsel for defts. are ordered to file any reply with Clerk on or before 6-17-91; current TFO remains in full force & effect. cc/counsel. cds |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89-1457 |
|---|---|---|
| MICHAEL PRITCHARD, JR. | TOWN OF FAYETTEVILLE, et. al. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 06-11-91 | 94 | **JOINT MEMORANDUM OF CONSOLIDATED PLTFS**, Michael Pritchard, Jr. and Lewis E. Arbogast, Administrator, in Opposition to Motions of Defts Town of Fayetteville, Fayetteville Police Dept, Officer R. R. Smith and Officer William Curry, and Defts Fayette Co, Fayette Co Sheriff's Dept, and Sheriff's Deputy C. E. Martin for Summary Judgments -- VOLUME I.   rle |
| 06-11-91 | 95 | **JOINT MEMORANDUM OF CONSOLIDATED PLTFS**, Michael Pritchard, Jr. and Lewis E. Arbogast, Administrator, in Opposition to Motions of Defts Town of Fayetteville, Fayetteville Police Dept, Officer R. R. Smith and Officer William Curry, and Defts Fayette Co, Fayette Co Sheriff's Dept, and Sheriff's Deputy C. E. Martin for Summary Judgments -- VOLUME II.   rle |
| 06-12-91 | 96 | **PRETRIAL ORDER** of Defts William D. Smith and Anna Hague.   rle |
| 06-13-91 | 97 | **JOINT MEMORANDUM** of Consolidated Pltfs. Michael Pritchard, Jr. and Lewis E. Arbogast, Administrator, in Opposiiton to Mtns. of Defts. Town of Fayetteville, Fayetteville Police Dept., Officer R. R. Smith, and Officer William Curry and Defts. Fayette County, Fayette Co. Sheriff's Dept., and Sheriff's Deputy C. E. Martin for S/J.  (Volume I)   slr |
| | 98 | **JOINT MEMORANDUM** of Consolidated Pltfs. Michael Pritchard, Jr. and Lewis E. Arbogast, Administrator, in Opposition to Mtns. of Defts. Town of Fayetteville, Fayetteville Police Dept., Offcer R. R. Smith, and Officer William Curry, and Deft.'s Fayette County, Fayette Co. Sheriff's Dept., and Sheriff's Deputy C. E. Martin for S/J.  (Volume II) |
| 06-17-91 | 99 | **JOINT MOTION** of Defts, Fayette Co Commission/Fayette Co Sheriff's Dept and C. E. Martin ("County Defts") and Town of Fayetteville, Fayetteville Police Dept, Officer R. R. Smith and Officer William Curry ("Fayetteville Defts") for Extension of Time to File Response w/CERTIFICATE OF SERVICE, 6-14-91.   rle |
| 06-18-91 | 100 | **NOTICE OF DEPOSITION** by Pltf to depose Jack Manning on 6-20-91 at 1:00 p.m., Oak HIll, WV.   rle |
| 06-18-91 | 101 | **CERTIFICATE OF SERVICE** by Pltf of Notice of Deposition upon counsel of record on 6-14-91.   rle |
| 06-24-91 | 102 | **MOTION** of Defts. Fayette Co. Commission/Fayette Co. Sheriff's Dept. and C. E. Martin to Stay Proceedings and for Protective Order.   slr |
| | 103 | **REPLY** to Pltfs.' Joint Memorandum in Opposition to County Defts.' Motion for S/J by Fayette Co. Commission/Fayette Co. Sheriff's Dept. and C.E. Martin.   slr |
| 06-26-91 | 104 | **REPLY** of Defts. Town of Fayetteville, Fayetteville Police Dept., Officer R. R. Smith and Officer William Curry in Support of Their Motion for S/J.   slr |

DC 111A
(Rev. 1/75)

**5**  CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| MICHAEL PRITCHARD, JR. | TOWN OF FAYETTEVILLE, et al | DOCKET NO. 5:89-1457 |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 07-01-91 | 105 | **MOTION** of Pltfs, Michael Pritchard, Jr. and Lewis E. Arbogast, Adm of Estate of Lisa Arbogast, to Continue the Trial Date and Related Pre-trial Dates Forty-Five to Sixty days.     rle |
| 07-05-91 | 106 | **RESPONSE** of Deft. William D. Smith, to the Pltfs. Motion to Continue Trial and Related Pre-trial dates.     cds |
| 07-09-91 | 107 | **MOTION** of Defts. Town of Fayetteville, Fayetteville Police Dept., Ofc. R. R. Smith, and Ofc. Wm. Curry for Status Conference.     slr |
| | 108 | **MOTION** of Defts. Town of Fayetteville, Fayetteville Police Dept., R. R. Smith and Ofc. Wm. Curry to Disqualify Pltf.'s Atty., Jeremy H. West.     slr |
| | 109 | **MEMORANDUM** of Defts. Town of Fayetteville, Fayetteville Police Dept., R.R. Smith and Wm. Curry in Support of Mtn. to Disqualify Jeremy H. West, Atty. for Pltf. Michael Pritchard, Jr.     slr |
| 07-29-91 | 110 | **MEMORANDUM** of Pltf in Opposition to Defts' Motion to Disqualify Pltf's Atty, Heremy H. West.     rle |
| 07-29-91 | 111 | **MOTIONS** in Limine of Defts. Town of Fayetteville, Fayetteville Police Dept. and Ofcs. R. R. Smith and William Curry.     slr |
| | 112 | **MEMORANDUM** of Law in Support of Mtn. in Limine of Defts. Town of Fayetteville, Fayetteville Police Dept. and Ofcs. R. R. Smith and William Curry.     slr |
| 07-29-91 | 113 | **SUPPLEMENT** to Reply Memorandum of Defts. Twon of Fayetteville, Fayetteville Police Dept., Ofc. R. R. Smith and Ofc. William Curry in Support of Their Mtn. for S/J; these pages from the deposition of William D. Smith should be made a part of Exhibit A.     slr |
| 08-22-91 | 114 | **CERTIFICATE OF SERVICE** for Supplemental Response of the Defts., Fayette Co. Comm./Fayette Co. Sheriff's Dept. and C.E. Martin to the Request for Production of Documents Propounded by Pltf. Michael Lee Pritchard, Jr., Set No. One, served upon counsel of record on 08-21-91.     slr |
| 08-30-91 | 115 | **ANSWER AND CROSSCLAIM** of Deft, William D. Smith, to the Complaint filed against him.     rle |
| 09-03-91 | 116 | **ANSWER** of Defts Town of Fayetteville, Fayetteville Police Dept, Officer R.R. Smith and Officer William Curry to the Cross-Claim of Deft William D. Smith. rle |
| 09-04-91 | 117 | **INSTRUCTIONS** of Deft. William D. Smith (23)     slr |
| 09-04-91 | 118 | **ORDER (2511):** pltf. Pritchard's motion for continuance is GRANTED; that a status conference/settlement conference 9-23-91 1:30 p.m., ; proposed charges to jury submitted by 11-5-91; PTC 10-21-91 3:00 p.m., BK; FSC 11-12-91 2:00 p.m., BK; **TRIAL 11-13-91 9:30 a.m., BK.** cc/counsel. (EOD 9-4-91).     cds |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89-1457 |
|---|---|---|
| MICHAEL PRITCHARD, JR. | TOWN OF FAYETTEVILLE, et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 09-05-91 | 119 | **ANSWER** of Fayette Co Commission/Fayette Co Sheriff's Dept and Deputy C. E. Martin to the Crossclaim of William D. Smith.                                                                rle |
| 09-05-91 | 120 | **COPY OF LETTER** from Atty Jon L. Brown to Atty James M. Henderson, II <u>in re</u> State of WV having been dismissed from this action.                                                rle |
| 09-09-91 | 121 | **NOTICE** by Atty James M. Henderson, II, attys for William D. Smith, of Scheduling Conflicts.                                                                                                  rle |
| 09-12-91 | 122 | **ORDER (2511):** In accordance w/conflict resolution provisions, it is ORDERED that this Court's September 4, 1991 order be AMENDED as follows: Proposed Charges to Jury, 1-14-92; PTC, 1-9-92 at 2:00 p.m., USDC, BE; FSC, 1-21-92, at 1:30 p.m., USDC, BE; and Trial, 1-22-91 at 9:30 a.m., USDC, BE. All other portions of the 9-4-91 order remain in full force and effect, including establishment of a status conference/settlement conference to be held in USDC, BE on 9-23-91 at 1:30 p.m. cc: counsel of record (EOD 09-12-91)      rle |
| 09-18-91 | 123 | **ORDER APPROVING DISTRIBUTION OF SETTLEMENT PROCEEDS** (2511): vacating the consolidation of 5:89-1457 and 5:89-1470, and approving the compromise and distribution of settlement proceeds proposed by the Pltf. for 5:89-1470. The Administrator is authorized to execute a release to the defts. and to distribute the settlement proceeds in accordance with this order. Case No. 5:89-1470 is dismissed w/prejudice and stricken from the docket of this Court. cc: atys. (EOD 09-18-91)      slr |
| 09-20-91 | 124 | **MOTION** of Pltf Michael Pritchard, Jr. to Continue the Status Conference/Settlement Conference Date Presently Set Herein for September 23, 1991.      rle |
| 12-06-91 | 125 | **ORDER** (2511): scheduling a status/settlement conference in this matter to be held **12-19-91, 1:30 p.m., Beckley**. All parties or their official rep. where appro. and w/full settlement authority shall attend such conference w/their counsel. cc: atys. (EOD 12-06-91)      slr |
| 12-20-91 | 126 | **ORDER** (2511): scheduling a status/settlement conference to be held on **01-08-92, 1:30 p.m., Beckley**. All counsel and parties and/or their official representatives w/full settlement authority are ORDERED to attend in person or else be held in contempt of this Court' Order and sanctioned appropriately. cc: all parties (except Pltf. - no address was available), all counsel and all concerned parties, via cert. mail, RRR (EOD 12-26-91)      slr |
|  | *** | **NOTIFIED** Law Clerk Rick Monahan that counsel for Pltf. was unable to obtain a current address for Pltf.; Pltf. has recently moved to Washington, D.C.      slr |
| 01-10-92 | 127 | **STIPULATION OF DISMISSAL OF ALL CLAIMS ASSERTED AGAINST DEFT. ANNA HAGUE**, with prejudice.      slr |
| 01-15-92 | 128 | **ORDER (2511):** that the Clerk of this Court shall provide counsel of record in this case with a jury list and questionnaire. cc/counsel.      cds |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89-1457 |
|---|---|---|
| MICHAEL PRITCHARD, JR. | TOWN OF FAYETTEVILLE, et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 01-15-92 | 129 | **MOTION IN LIMINE** by Deft William D. Smith. | rle |
| 01-15-92 | 130 | **MOTIONS IN LIMINE** by Pltf Michael Lee Pritchard. | rle |
| 01-15-92 | 131 | **MEMORANDUM OF LAW** by Pltf in Support of his Motions In Limine. | rle |
| 01-15-92 | 132 | **PROPOSED JURY INSTRUCTIONS** of Pltf (13 instructions). | rle |
| 01-27-92 | 133 | **NOTICE** of Deft. William D. Smith of Scheduling Conflicts. | slr |
| 01-30-92 | ** | **COURTROOM MEMO:** Settlement conference held, 3 hrs (EVH/Bshara/Monahan) | rle |
| 01-31-92 | 134 | **ORDER (2511):** scheduling the remaining disp. of this matter as follows: (1) **FSC** 2:00 p.m., 04-20-92, BK.; **TRIAL** 9:30 a.m., 04-21-92, BK.  cc: atys. (EOD 02-03-92) | slr |
| 02-05-92 | 135 | **AGREED ORDER OF DISMISSAL (2511):** that the claims of the pltf. and any cross-claim against defts. Town of Fayetteville, Fayetteville Police Dept. Officer R.R. Smith, Officer William Curry, Fay. Co. Sheriff's Deputy CE Martin and the State of West Virginia are dismissed with prejudice. cc/counsel. EOD 02-06-92). | cds |
| 04-20-92 | 136 | **MOTION** by Michael Pritchard, Jr., to Continue final settlement conference and trial presently set herein for 4/20/92 and 4/21/92 respectively. | cds |
| 05-27-92 | 137 | **ORDER (2511):** amending the earlier TFO as follows: (1) Proposed Chrgs. to the Jury shall be filed by 10-19-92; (2) PTC shall be held at 3:30 p.m., 10-13-92, BK.; (3) FSC shall be held at 1:30 p.m., 10-26-92, BK.; (4) TRIAL shall be held at 9:30 a.m., 10-27-92, BK.  cc: atys. | slr |
| 10-20-92 | 138 | **ORDER SUBSTITUTING COUNSEL (2511):** substituting Ralph Young as local counsel for Michael Pritchard and that Robert Berthold, Jr. be relieved as local counsel. cc/counsel.  (EOD 10-20-92). | cds |
| 12-14-92 | 139 | ORDER (2511): that Pltfs. request for a stay is GRANTED; Clerk is directed to remove this action from the Court's active docket and to place it on the Court's inactive docket; that pltfs. counsel or an authorized representative shall file a status report regarding his medical condition & ability to continue representation in this action no later than 3/1/92. cc/counsel. | cds |
| | | CLOSED | |
| 03-01-93 | 140 | **MOTION** of Pltf. to Lift Stay of Proceedings and Set Matter for Trial (Status Report) | slr |
| 03-01-93 | *** | **SKELETON CASE** entered into the automated docketing system; all future entries shall be on the automated system | slr |